```
1   Vanessa R. Waldref
    United States Attorney
2   Eastern District of Washington
3   Richard C. Burson
    Assistant United States Attorney
4   402 E. Yakima Ave., Ste. 210
5   Yakima, WA 98901-2760
    Telephone: (509) 454-4425
6
```

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 09 2021

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRISTIAN VILLEGAS,<br><br>Defendant. | 4:21-CR-6039-SMJ<br><br>INDICTMENT<br><br>Vios: 21 U.S.C. §§ 841(a)(1),<br>(b)(1)(B)(vi), 846<br>Conspiracy to Distribute 40 Grams or More of Fentanyl<br>(Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Distribution of Fentanyl<br>(Count 2)<br><br>21 U.S.C. § 841(a)(1),<br>(b)(1)(B)(vi)<br>Possession with Intent to Distribute 40 Grams or More of Fentanyl<br>(Count 3)<br><br>21 U.S.C. § 853<br>Forfeiture Allegations |

INDICTMENT- 1

The Grand Jury charges:

## COUNT 1

Beginning on a date unknown, but at least by on or about March 12, 2021, and continuing until on or about June 25, 2021, in the Eastern District of Washington, and elsewhere, the Defendant, CRISTIAN VILLEGAS, knowingly and intentionally combined, conspired, confederated and agreed with other persons, both known and unknown, to commit the following offense: distribution of 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylthyl)-4-piperidinyl] propenamide (a/k/a Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi); all in violation of 21 U.S.C. § 846.

## COUNT 2

On or about March 12, 2021, the Defendant, CRISTIAN VILLEGAS, knowingly and intentionally distributed a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylthyl)-4-piperidinyl] propenamide (a/k/a Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 3

On or about June 25, 2021, the Defendant, CRISTIAN VILLEGAS, knowingly and intentionally possessed with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylthyl)-4-piperidinyl] propenamide (a/k/a Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of

INDICTMENT- 2

21 U.S.C. § 841(a)(1), as alleged in this Indictment, the Defendant, CRISTIAN VILLEGAS, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 9th day of November, 2021.

A TRUE BILL

_____
Vanessa R. Waldref
United States Attorney

_____
Richard C. Burson
Assistant United States Attorney

INDICTMENT- 3