# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 24, 2022

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Villegas, Cristian | Docket No. | 0980 4:21CR06039-SMJ-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Cristian Villegas, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke sitting in the Court at Yakima, Washington, on the 2nd day of December 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #6:** Defendant shall abstain totally from the use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Cristian Villegas is alleged to be in violation of his pretrial release conditions by having used a controlled substance, cocaine, on or about December 5, 2021; on or about January 1, 2022; and on or about January 15, 2022.

**Violation #2:** Cristian Villegas is alleged to be in violation of his pretrial release conditions by having used alcohol on or about December 5, 2021; on or about January 1, 2022; and on or about January 15, 2022.

**Violations 1-2 preface, combined for brevity:**

On December 3, 2021, the conditions of pretrial release supervision were reviewed with Mr. Villegas. He verbally acknowledged an understanding of all of his conditions, which included standard condition number 9, and special condition number 6, as noted above. Mr. Villegas also signed a copy of his conditions of pretrial release supervision and a copy was given to him. Mr. Villegas was referred to Merit Resource Services (Merit) to complete a substance abuse evaluation and to participate in the color line program for random drug testing.

On January 18, 2022, the undersigned officer made telephonic contact with Mr. Villegas. During this contact, Mr. Villegas admitted to the undersigned officer to using cocaine and alcohol, on or about December 5, 2021, on or about January 1, 2022, and again, on January 15, 2022.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on:    January 24, 2022 |
| | by | s/Elizabeth Lee |
| | | Elizabeth Lee<br>U.S. Pretrial Services Officer |

PS-8

Re: Villegas, Cristian
January 24, 2022
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[x]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

1/24/2022
_____
Date