## UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 13, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Villegas, Cristian | Docket No. | 0980 4:21CR06039-SMJ-1 |

### Petition for Action on Conditions of Pretrial Release

      COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Cristian Villegas, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the Court at Yakima, Washington, on the 2nd day of December 2021, under the following conditions:

**Standard Condition #6:** Defendant shall report to the U.S. Probation/Pretrial Services Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Special Condition # 5:** Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial Services Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

**Special Condition # 7:** Defendant shall submit to random urinalysis and breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

On December 3, 2021, the conditions of pretrial release supervision were reviewed with Mr. Villegas. He verbally acknowledged an understanding of all of his conditions, which included standard condition number 6 and special condition numbers 5 and 7, as noted above. Mr. Villegas also signed a copy of his conditions of pretrial release supervision and he was provided with a signed copy. Mr. Villegas was referred to Merit Resource Services (Merit) to complete a substance abuse evaluation and to participate in the color line program for random drug testing.

**Violation #1:** Cristian Villegas is alleged to be in violation of his pretrial release conditions by failing to report for random drug testing as required on or about June 15, 2022.

Mr. Villegas failed to report to Merit for drug testing on June 15, 2022, as required. Mr. Villegas did not make any effort to contact the undersigned officer to report he missed the drug test. Mr. Villegas did not make any effort to contact the undersigned officer either by telephone or in person at the probation office. Later on June 27, 2022, Mr. Villegas advised he did not report for drug testing on June 15, 2022, because he did not have a phone and he did not have access to checking the color line.

**Violation #2:** Cristian Villegas is alleged to be in violation of his pretrial release conditions by failing to report to the U.S. Probation Officer as instructed on or about June 13, 17, and 20, 2022.

Mr. Villegas had been previously instructed by the undersigned officer to report weekly on Monday's by telephone. Mr. Villegas failed to report by telephone as instructed for his weekly check-in on June 13, 2022.

On June 17, 2022, the undersigned officer called Mr. Villegas; however, the defendant did not answer. The undersigned officer left Mr. Villegas a voice message instructing him to call the undersigned officer. The undersigned officer also sent

the defendant a text message with the same reporting instructions. Mr. Villegas did not respond to the undersigned officer's phone call or text message.

On June 20, 2022, Mr. Villegas failed to report by telephone per his weekly reporting requirements. Mr. Villegas did not make any effort to contact the undersigned officer.

The undersigned officer was finally able to make telephonic contact with Mr. Villegas on June 27, 2022. During this contact, Mr. Villegas reported he had not contacted the undersigned officer because he did not have a phone. Mr. Villegas did not make any effort to contact the undersigned officer by telephone or in person at the probation office.

**Violation #3:** Cristian Villegas is alleged to be in violation of his pretrial release conditions by failing to comply with outpatient substance abuse treatment since on or about July 12, 2022.

On July 12, 2022, Merit staff reported to the undersigned officer Mr. Villegas is currently in non-compliance with his outpatient substance abuse treatment plan. Merit staff reported Mr. Villegas failed to attend scheduled treatment sessions on July 5, 7, and 12, 2022. According to Merit staff, Mr. Villegas made contact with Merit staff for the missed treatment session on July 5, 2022, in which the defendant reported he was going to be absent because he was on his way back into town from attending 4th of July festivities in Moses Lake, Washington. This absence was un-excused. Merit staff reported Mr. Villegas did not make contact with Merit in advance for the missed treatment sessions on July 7, and 12, 2022.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 13, 2022

by s/Elizabeth Lee

Elizabeth Lee
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

July 13, 2022
Date