PS 8 (3/15)   Case 4:21-cr-06039-EFS   ECF No. 44   filed 07/25/22   PageID.143   Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 25, 2022

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Villegas, Cristian | Docket No. | 0980 4:21CR06039-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Cristian Villegas, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 2nd day of December 2022, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

On December 3, 2021, the conditions of pretrial release supervision were reviewed with Mr. Villegas. He verbally acknowledged an understanding of all of his conditions, which included standard condition number 9, as noted above. Mr. Villegas also signed a copy of his conditions of pretrial release supervision and a copy was given to him.

**Violation #4:** Cristian Villegas is alleged to be in violation of his pretrial release conditions by having used a controlled substance, cocaine, on or about July 14, 2022.

On July 15, 2022, Mr. Villegas reported to the probation office and completed a drug test. This drug test was presumptive positive for cocaine. Mr. Villegas denied any use of cocaine and the drug test was sent to Abbott Laboratory for confirmation. The probation office later received the drug test report on July 19, 2022, confirming a positive result for cocaine. On July 22, 2022, the undersigned officer made telephonic contact with the defendant and questioned him about the positive drug test. At first, Mr. Villegas denied any use of cocaine. However, he admitted to being around other people who were using cocaine and stated that the drug might have gone through his pores, as the excuse to explain the positive test result. It was not until further questioning that the defendant admitted to using cocaine on July 14, 2022.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: July 22, 2022 |
| by | s/Elizabeth Lee |
|  | Elizabeth Lee<br>U.S. Pretrial Services Officer |

PS-8

Re: Villegas, Cristian
July 22, 2022
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

July 25, 2022

Date