# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2022

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Villegas, Cristian | Docket No. | 0980 4:21CR06039-EFS-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Cristian Villegas, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 2nd day of December 2021, under the following conditions:

**Special Condition # 5:** Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial Services Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

On December 3, 2021, the conditions of pretrial release supervision were reviewed with Mr. Villegas. He verbally acknowledged an understanding of all of his conditions, which included special condition numbers 5, as noted above. Mr. Villegas also signed a copy of his conditions of pretrial release supervision and he was provided with a signed copy. Mr. Villegas was also referred to Merit Resource Services (Merit) for outpatient substance abuse treatment and to participate in the color line program for random drug testing.

**Violation #1:** Cristian Villegas is alleged to be in violation of his pretrial release conditions by failing to comply with outpatient substance abuse treatment by being terminated from treatment services on or about October 27, 2022.

Mr. Villegas completed the substance abuse evaluation at Merit, he was recommended to enter intensive outpatient substance treatment and attended an intake appointment at Merit to begin treatment services on February 1, 2021.

On October 27, 2022, the treatment counselor from Merit left the undersigned officer a voice message reporting the defendant was being discharged from treatment. The defendant's treatment file was closed on that same date due to excessive unexcused absences. On October 28, 2022, the undersigned officer made telephonic contact a treatment supervisor from Merit and confirmed the defendant was terminated from outpatient substance abuse treatment on October 27, 2022. Merit staff reported the defendant missed six scheduled treatment sessions, the defendant did not call in advance, and the defendant was unresponsive to the treatment counselor's attempts to contact him in efforts to re-engage him in services.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: October 31, 2022 |
| by | s/Elizabeth Lee |
|  | Elizabeth Lee<br>U.S. Pretrial Services Officer |

PS-8
Re: Villegas,, Cristian
October 31, 2022
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

October 31, 2022

Date