# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 03, 2023

SEAN F. McAVOY, CLERK

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Villegas, Cristian | Docket No. | 0980 4:21CR06039-EFS-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Cristian Villegas, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the court at Richland, Washington, on the 2nd day of December 2021, under the following conditions:

**Special Condition #5:** Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial Services Office and the treatment program provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

On December 3, 2021, the conditions of pretrial release supervision were reviewed with Mr. Villegas, to include special condition number 5, as noted above. Mr. Villegas was referred to Merit Resource Services (Merit) for substance abuse treatment and for drug testing.

**Violation #1:** Cristian Villegas is alleged to be in violation of his pretrial release conditions by failing to comply with outpatient substance abuse treatment by being terminated from treatment services on or about March 2, 2023.

Mr. Villegas was again referred to Merit, for substance abuse treatment services on November 28, 2022, after he was previously terminated from treatment services at Merit on or about October 27, 2022.

On March 2, 2023, Merit staff contacted the undersigned officer and reported Mr. Villegas was being discharged from outpatient substance abuse services on that same date due to Mr. Villegas' ongoing non-compliance with attendance and the behavioral contract he agreed to.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: March 3, 2023 |
| by | s/Elizabeth Lee |
| | Elizabeth Lee<br>U.S. Pretrial Services Officer |

PS-8
**Re: Villegas, Cristian**
**March 3, 2023**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Edward F. Shea_
Signature of Judicial Officer

March 3, 2023
Date